GOLDEN GATE YACHT CLUB, Appellant, v SOCIÉTÉ NAUTIQUE DE GENÈVE, Respondent, and CLUB NÁUTICO ESPAÑOL DE VELA, Intervenor-Defendant.

Submitted January 12, 2009; decided January 15, 2009

Motion by William I. Koch for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

GOLDEN GATE YACHT CLUB, Appellant, v SOCIÉTÉ NAUTIQUE DE GENÈVE, Respondent, and CLUB NÁUTICO ESPAÑOL DE VELA, Intervenor-Defendant.

Submitted January 12, 2009; decided January 15, 2009

Motion by Team French Spirit et al. for leave to file a second brief amici curiae on the appeal herein denied.

NORMA GORMAN et al., Respondents, v TOWN OF HUNTINGTON, Appellant.

Submitted January 12, 2009; decided January 15, 2009

Motion by the Association of Towns of the State of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

MARIO MIGUEL JARAMILLO, Appellant, v WEYERHAEUSER COMPANY et al., Respondents, et al., Defendant.

Submitted January 12, 2009; decided January 15, 2009

Motion by Product Liability Advisory Council Inc. for leave to appear amicus curiae on consideration of the certified question herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.